IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: NO. 17-90-01
MARK MANIGAULT

**O R D E R**

AND NOW, this 9th day of August, 2019, upon consideration of Defendant, Mark Manigault's Motion in Limine to Limit Testimony and Video Evidence (ECF No. 155), and the Government's Response in opposition thereto (ECF No. 156), and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

R. BARCLAY SURRICK, J.