IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 17-90-01 |
| MARK MANIGAULT | : | |

**O R D E R**

**AND NOW**, this  30th  day of January, 2020, upon consideration of the Motions to Suppress filed by Pro Se Defendant Mark Manigault (ECF Nos. 28, 43, 46, 51, 72, 73), and all documents submitted in support thereof and in opposition thereto, and after a hearing in open Court, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

                                                      **BY THE COURT:**

                                                      **R. BARCLAY SURRICK, J.**