IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 17-90-01 |
| MARK MANIGAULT | : | |

## O R D E R

**AND NOW**, this 18th day of May 2021, upon consideration of Defendant Mark Manigault's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 (ECF No. 223), and the Government's response thereto (ECF No. 225), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**